JANET HUGIE SMITH (A3001)
ROBERT O. RICE (A6639)
JONATHAN G. PAPPASIDERIS (A9860)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500

FILED
U.S. DISTRICT COURT
2005 JUN 23  P 4: 34
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

*Attorneys for Defendants Union Pacific Corporation and Union Pacific Railroad Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TERRY FULLWILEY,<br><br>   Plaintiff,<br><br>v.<br><br>UNION PACIFIC CORPORATION (a Utah Corporation), and UNION PACIFIC RAILROAD COMPANY (a Delaware Corporation),<br><br>   Defendants. | **DEFENDANTS' MOTION FOR RULE 35 MEDICAL EXAMINATION**<br><br>(Filed Under Seal)<br><br>Case No.: 2:04-CV-00671 DB<br><br>Judge: Dee Benson<br><br>Magistrate: David O. Nuffer |

Pursuant to Rule 35 of the Federal Rules of Civil Procedure, Defendants Union Pacific Corporation and Union Pacific Railroad Company (collectively, "Union Pacific" or "Defendants") respectfully move this Court for an order permitting them to conduct a psychological evaluation of Plaintiff Terry Fullwiley ("Fullwiley" or "Plaintiff"). Union Pacific again asks this Court for assistance in permitting Defendants to conduct routine discovery on a critical area of inquiry in this litigation by authorizing a Rule 35 examination of Fullwiley's emotional condition. Notwithstanding that Fullwiley has brought two separate emotional distress

1

claims, that he alleges Union Pacific caused him "severe," "extreme" and ongoing emotional distress, that he sought professional treatment for his condition, and that his alleged damages stem almost solely from his claimed emotional distress, Fullwiley contends that his emotional state is not "in controversy" and that no good cause exists for a Rule 35 examination. In fact, even a cursory review of Fullwiley's own pleadings and discovery to date clearly establishes that Fullwiley's emotional state is not only "in controversy," but indeed is the heart of this litigation, creating ample cause for Rule 35 inquiry. For these reasons, the Court should permit Union Pacific to engage in a routine Rule 35 examination.

DATED this **23** day of June, 2005.

RAY QUINNEY & NEBEKER P.C.

_____
Janet Hugie Smith
Robert O. Rice
Jonathan G. Pappasideris
Attorneys for Defendants

827571

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR RULE 35 MEDICAL EXAMINATION** was sent via hand delivery on this 23rd day of June, 2005 to the following:

> Lauren I. Scholnick
> Erika Birch
> Strindberg Scholnick & Chamness, LLC
> 44 Exchange Place, 2nd Floor
> Salt Lake City, Utah 84111

*[signature]*

827571